UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

| | |
|---|---|
| **IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST**, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **ALW CONSTRUCTION LLC.**, *et al.*, <br><br> Defendants. | CASE NO. 3:18-CV-114 <br><br> JUDGE WALTER H. RICE <br> MAGISTRATE JUDGE SHARON L. OVINGTON <br><br> **ORDER** |

This action came before the Court on Judgment Creditors Iron Workers District Council of Southern Ohio & Vicinity Benefit Trust, Iron Workers District Council of Southern Ohio & Vicinity Pension Trust, and Iron Workers District Council of Southern Ohio & Vicinity Annuity Trust (collectively "Judgment Creditors") Motion to Stay proceedings. Based on Judgment Creditors' Motion to Stay, the Judgment Debtor's Exam of ALW Construction LLC, only, currently scheduled for January 10, 2019, will be continued or otherwise stayed during the pendency of ALW Construction LLC's bankruptcy matter.

IT IS SO ORDERED.

_____
MAGISTRATE SHARON L. OVINGTON